UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEAST DIVISION

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, a Washington non-profit corporation; ERIN PATTERSON, an individual; GABRIEL BISER, an individual; and JAMES WELCH, an individual, <br><br>  Plaintiffs, <br><br> v. <br><br> WAYNE NABORS, in his official capacity as County Clerk of Putnam County, Tennessee; LISA DUKE CROWELL, in her official capacity as County Clerk of Rutherford County, Tennessee; WILLIAM K. KNOWLES, in his official capacity as County Clerk of Hamilton County, Tennessee; ELAINE ANDERSON, in her official capacity as County Clerk of Williamson County, Tennessee; and HERBERT H. SLATERY III, in his official capacity as Attorney General of the State of Tennessee, <br><br> Defendants. | 2:19-cv-00049 |

## ORDER

Plaintiffs' Emergency Motion to Expedite the Setting of a Hearing Date (Doc. No. 17) is **GRANTED**, and the Court will hold a hearing on Plaintiffs' Emergency Motion for a Temporary Restraining Order (Doc. No. 11) on **July 3, 2019** at 9:00 a.m. in Courtroom A859, Nashville, Tennessee. On or before 12:00 noon on **July 1, 2019**, Defendants shall respond to Plaintiffs' request for a temporary restraining order. The parties **SHALL MAINTAIN THE STATUS QUO** pending the hearing.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE