# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NORTHEASTERN DIVISION

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, ERIN PATTERSON, GABRIEL BISER and JAMES WELCH,<br><br>    Plaintiffs,<br><br>v.<br><br>WAYNE NABORS in his official capacity as County Clerk of Putnam County, Tennessee, LISA DUKE CROWELL in her official capacity as County Clerk of Rutherford County, Tennessee, WILLIAM K. KNOWLES in his official capacity as County Clerk of Hamilton County, Tennessee, ELAINE ANDERSON in her official capacity as County Clerk of Williamson County, Tennessee, and HERBERT H. SLATERY, III in his official capacity as Attorney General of the State of Tennessee,<br><br>    Defendants. | NO. 2:19-cv-00049 |

## ORDER

Motion of Williamson County Clerk Elaine Anderson, Hamilton County Clerk William K. Knowles and Rutherford County Clerk Lisa Duke Crowell To Be Excused From July 3, 2019 Hearing (Doc. No. 23) is **GRANTED.** Counsel for these Defendants are required to attend.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE