IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNIVERSAL LIFE CHURCH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00049 |
| | ) | CHIEF JUDGE CRENSHAW |
| WAYNE NABORS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Jonathan David Shaub, Assistant Solicitor General for the Office of the Tennessee Attorney General, enters an appearance on behalf of Defendant Attorney General Herbert H. Slatery III.

> Respectfully submitted,
> HERBERT H. SLATERY III
> Attorney General and Reporter
>
>
> /s/    Jonathan David Shaub
> JONATHAN DAVID SHAUB (BPR 035915)
> Assistant Solicitor General
> P.O. Box 20207
> Nashville, Tennessee 37202-0207
> Tele: (615) 253-5642
> jonathan.shaub@ag.tn.gov

1

**CERTIFICATE OF SERVICE**

I certify that, on the 2nd day of July 2019, a copy of the foregoing Notice of Appearance was filed and served by operation of this Court's ECF/PACER system on the following counsel:

Rocklan W. King III (BPRNo 030643)
424 Church Street, Suite 2700
Nashville, TN 37219
Phone: (615)259-1450
Fax: (615) 259-1470
rocky.king@arlaw.com

Lucian T. Pera (BPR No. 1164l)
Crescent Center
6075 Poplar Avenue, Suite 700
Memphis, TN 38119
Phone: (901) 524-5278
Fax: (901) 524-5378
lucian.peru@arlaw.com

Bruce E.H. Johnson
Ambika K. Doran
Robert E. Miller
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Phone: (206) 622-3150
Fax: (206) 757-7700
brucejohnson@dwt.com
ambikadoran@dwt.com
robertmiller@dwt.com.


Lisa M. Carson, BPR No. 14782
BUERGER, MOSELEY & CARSON, PLC
*Attorney for Defendant Elaine Anderson, in her official capacity as County Clerk of Williamson County, Tennessee*
306 Public Square
Franklin, TN 37064
Telephone: (615) 794-8850
lcarson@buergerlaw.com

Mary Neill Southerland, BPR No. 1583
*Attorney for Defendant William Knowles, in his official capacity as County Clerk of Hamilton County, Tennessee*
204 Courthouse, 625 Georgia Avenue
Chattanooga, TN 37402
Telephone: (423) 209-6150
neills@hamiltontn.gov

Nicholas C. Christiansen, BPR No. 30103
*Attorney for Defendant Lisa Duke Crowell, in her official capacity as County Clerk of Rutherford County, Tennessee*
16 Public Square North
Murfreesboro, TN 37133
Telephone: (615) 893-552
nchristiansen@mborolaw.com

Jeffrey G. Jones
*Attorney for Defendant Wayne Nabors, in his official capacity as County Clerk of Putnam County, Tennessee*
1420 Neal Street
Cookeville, TN 38501
jjones@wimberlylawson.com

/s/