UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEAST DIVISION

| | | |
|---|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, a Washington non-profit corporation; ERIN PATTERSON, an individual; GABRIEL BISER, an individual; and JAMES WELCH, an individual, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 2:19-cv-00049 |
| WAYNE NABORS, in his official capacity as County Clerk of Putnam County, Tennessee; LISA DUKE CROWELL, in her official capacity as County Clerk of Rutherford County, Tennessee; WILLIAM K. KNOWLES, in his official capacity as County Clerk of Hamilton County, Tennessee; ELAINE ANDERSON, in her official capacity as County Clerk of Williamson County, Tennessee; and HERBERT H. SLATERY III, in his official capacity as Attorney General of the State of Tennessee, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

In accordance with the discussions at the hearing on July 3, 2019, the Court confirms the following:

(1) Plaintiffs' Emergency Motion for a Temporary Restraining Order (Doc. No. 11) is hereby **CONSOLIDATED** with a trial on the merits to be held later this year. The parties are to meet with Magistrate Judge Newbern for an initial case management conference, and the setting of a discovery schedule and the target trial date.

(2) Because the parties' focus should be on the trial on the merits, **NO DISPOSITIVE MOTIONS** shall be filed without leave of the Court.

(3) The Court confirms its prior Order (Doc. No. 18) that the **STATUS QUO SHALL BE MAINTAINED** and this **SHALL CONTINUE** until the Court issues a ruling after the trial.

(4) Finally, with the consolidation of the requested injunction and trial, the Clerk shall **TERM** Plaintiffs' Emergency Motion for a Temporary Restraining Order (Doc. No. 11) as a pending motion.

IT IS SO ORDERED.

```
_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE
```