IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, a Washington non-profit corporation; ERIN PATTERSON, individually; GABRIEL BISER, individually; and JAMES WELCH, individually, <br><br> Plaintiffs, <br><br> v. <br><br> WAYNE NABORS, in his official capacity as County Clerk of Putnam County, Tennessee; LISA DUKE CROWELL, in her official capacity as County Clerk of Rutherford County, Tennessee; WILLIAM KNOWLES, in his official capacity as County Clerk of Hamilton County, Tennessee; ELAINE ANDERSON, in her official capacity as County Clerk of Williamson County, Tennessee; and HERBERT H. SLATERY, III, in his official capacity as Attorney General of the State of Tennessee. <br><br> Defendants. | CIVIL ACTION NO.: 2:19-cv-00049 <br> Chief Judge Waverly D. Crenshaw <br> Magistrate Judge Alistair Newbern |

**WILLIAMSON COUNTY CLERK ELAINE ANDERSON, HAMILTON COUNTY CLERK WILLIAM KNOWLES, PUTNAM COUNTY CLERK WAYNE NABORS AND RUTHERFORD COUNTY CLERK LISA DUKE CROWELL'S JOINT MOTION FOR LEAVE TO FILE A RULE 12 MOTION TO DISMISS**

Come Williamson County Clerk Elaine Anderson; Hamilton County Clerk William Knowles; Putnam County Clerk Wayne Nabors; and Rutherford County Clerk Lisa Duke Crowell, in their official capacities ("the County Clerks"), and pursuant to this Court's Order dated July 3, 2019 (Doc. 53) respectfully request that this Court grant leave

for them to file a Rule 12 Motion to Dismiss the claims against them.  The County Clerks file this Motion prior to the Initial Case Management Conference scheduled for July 19, 2019 in hopes of facilitating the ability to incorporate timing for the filing of a Motion to Dismiss into the Case Management Order.

For cause, the County Clerks would show that they have no interest in any substantive matter that is before the Court, and in fact are not proper parties to this litigation, or are, at best, nominal parties.  The County Clerks would argue that they should be permitted to present an early motion arguing that Plaintiffs have failed to state a claim upon which relief can be granted where the Amended Complaint does not allege that they have taken any action, or failed to take any action, that has caused harm to Plaintiffs.  The County Clerks would further show that Plaintiffs have offered no justiciable claim against them and that allowing them to seek early dismissal of the claims against them will help to expedite, rather than prolong, this litigation.  Where the County Clerks will incur attorneys fees and costs to continue defending this litigation, and where Plaintiffs have sought attorneys fees and costs against all Defendants, without any articulated justification as to why the County Clerks would be liable for such, an early resolution to these claims serves not only the interests of justice as to the County Clerks but the taxpayers in their respective counties.

The County Clerks have conferred with all counsel pursuant to Local Rule 7.01(a)(1), and Plaintiffs' counsel has advised that they oppose the Motion.   In support of this Motion, the County Clerks submit an accompanying Memorandum of Law.

2

Respectfully submitted,


/s/ Lisa M. Carson
Lisa M. Carson, BPR No. 14782
**BUERGER, MOSELEY & CARSON, PLC**
*Attorney for Defendant Elaine Anderson, in her official capacity as County Clerk of Williamson County, Tennessee*
306 Public Square
Franklin, TN 37064
Telephone: (615) 794-8850
Email: lcarson@buergerlaw.com


/s/ Mary Neill Southerland
Mary Neill Southerland, BPR No. 1583
*Attorney for Defendant William Knowles, in his official capacity as County Clerk of Hamilton County, Tennessee*
204 Courthouse, 625 Georgia Avenue
Chattanooga, TN 37402
Telephone: (423) 209-6150
Email: neills@hamiltontn.gov

/s/ Nicholas C. Christiansen
Nicholas C. Christiansen, BPR No. 30103
*Attorney for Defendant Lisa Duke Crowell, in her official capacity as County Clerk of Rutherford County, Tennessee*
16 Public Square North
Murfreesboro, TN 37133
Telephone: (615) 893-552
Email: nchristiansen@mborolaw.com


/s/Jeffrey G. Jones
Jeffrey G. Jones
*Attorney for Defendant Wayne Nabors, in his official capacity as County Clerk of Putnam County, Tennessee*
1420 Neal Street
Cookeville, TN 38501
Email: jjones@wimberlylawson.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2019, a true and correct copy of the foregoing document was electronically filed utilizing the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated below and on the electronic filing receipt.

Rocklan W. King, III
Adams and Reese LLP
424 Church Street, Suite 2700
Nashville, TN 37219
Phone: (615) 259-1450
Email: rocky.king@arlaw.com

Lucian T. Pera
Crescent Center
6075 Poplar Avenue, Suite 700
Memphis, TN 38119
Phone: (901) 524-5278
Email: Lucian.pera@arlaw.com

Bruce E.H. Johnson
Ambika K. Doran
Robert E. Miller
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Phone: (206) 622-3150
Email: brucejohnson@dwt.com
ambikadoran@dwt.com
robertmiller@dwt.com

Jeffrey G. Jones
Attorney for Wayne Nabors, in his official capacity as
Clerk of Putnam County, Tennessee
1420 Neal Street
Cookeville, TN 38501
jjones@wimberlylawson.com

Nicholas Christiansen
Attorney for Lisa Duke Crowell, in her official capacity as
Clerk of Rutherford County, Tennessee
16 Public Square North
Murfreesboro, TN 37133
nchristiansen@mborolaw.com

Mary Neill Southerland
Attorney for William Knowles, in his official capacity as
Clerk of Hamilton County, Tennessee
204 Courthouse, 625 Georgia Avenue
Chattanooga, TN 37402
neills@hamiltontn.gov

Leslie Ann Bridges
Senior Deputy and Counsel to the
Attorney General of the State of Tennessee
301 6th Avenue North
Nashville, TN 37243
Leslie.Bridges@ag.tn.gov

Jonathan David Shaub
Assistant Solicitor General to the
Attorney General of the State of Tennessee
301 6th Avenue North
Nashville, TN 37243
Jonathan.shaub@ag.tn.gov

/s/Lisa M. Carson

5
Case 2:19-cv-00049   Document 57   Filed 07/11/19   Page 5 of 5 PageID #: 352