UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> WAYNE NABORS, ET AL., <br><br> Defendants. | Case No. 2:19-cv-0049 <br><br> Chief Judge Crenshaw <br> Magistrate Judge Newbern |

## ORDER

On September 26, 2019, Defendants Herbert H. Slatery III, Jennings H. Jones, Neal Pinkston, Bryant C. Dunaway, Kim R. Helper, and Bill Lee filed a motion to dismiss second amended complaint. (Doc. No. 115.) Pursuant to the initial case management order (Doc. No. 67), any response is to be filed within 10 days after the filing of the motion. Any optional reply shall be filed within 5 days after the filing of the response.

Any filings made related to the motion to dismiss, including motions for extensions of time or to exceed page limits, shall be decided by Judge Crenshaw unless referred to the undersigned magistrate judge.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge