UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) NO. 2:19-cv-00049 ) |
| WAYNE NABORS, et al., | ) ) |
| Defendants. | ) |

## ORDER

A status conference in this matter is set for **November 1, 2019,** at 9:30 a.m. in Courtroom A-859, United States Courthouse, 801 Broadway, Nashville, TN.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE