UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) NO. 2:19-cv-00049 ) |
| WAYNE NABORS, in his official capacity as the County Clerk of Putnam County, Tennessee, et al. | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

A status conference is scheduled for **November 14, 2019** at 2:00 p.m. Before that conference, counsel shall confer regarding the upcoming trial and how the evidence is to be presented. By Friday, **November 8, 2019**, Plaintiff shall file a brief setting forth the justification for going forward, notwithstanding the State of Tennessee's Notice of Appeal. Any response thereto may be filed by **November 11, 2019**.

Because the Clerk Defendants have taken no position on the constitutionality of the statute in question and the State of Tennessee will likely be liable for any attorney's fees awarded, Miller v. Caudill, 936 F.3d 442 (6th Cir. 2019), the Clerk Defendants shall promptly notifty the Attorney General Henry Slattery of the need to have this case defended by the State.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE