UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEAST DIVISION

| | | |
|---|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 2:19-cv-00049 |
| WAYNE NABORS, *et. al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

In accordance with the discussions at the status conference on August 17, 2020, any Motions

to Dismiss on immunity grounds shall be filed on or before **September 4, 2020**, with responses due

**October 5, 2020**, and relies (limited to five pages) due **October 21, 2020.** As a housekeeping

matter, the pending Motions (Doc. Nos. 115, 124 & 127) are **DENIED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE