UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, et al.** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) NO. 2:19-cv-00049<br>)<br>) |
| **WAYNE NABORS, et al.** | )<br>)<br>) |
| Defendant. | ) |

## ORDER

Defendants Herbert H. Slatery, III, Jennings H. Jones, Neal Pinkston, Bryant C. Dunaway and Kim R. Helper have filed a Notice of Appeal (Doc. No. 239). Accordingly, the status conference scheduled for January 20, 2021 is **CANCELLED**. The Unopposed Motion for Leave to Appear Telephonically (Doc. No. 238) and the Motion for Leave to Appear Via Telephone (Doc. No. 240) are **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE