## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: February 01, 2021

Ms. Leslie Ann Bridges
Ms. Elisabeth Carson
Mr. Nicholas C. Christiansen
Mr. Matthew Daniel Cloutier
Ms. Ambika K. Doran
Mr. Bruce Edward Johnson
Mr. Jeffrey G. Jones
Mr. Rocklan W. King III
Mr. Robert Edward Miller
Mr. Lucian T. Pera
Mr. Jonathan David Shaub
Ms. Mary Neill Southerland
Ms. Lee Ann Thompson

Re: Case No. 21-5100, *Univ Life Church Monastery, et al v. Wayne Nabors, et al*
Originating Case No. : 2:19-cv-00049

Dear Counsel,

This appeal has been docketed as case number **21-5100**, which is a cross-appeal to pending appeals **21-5048**, **21-5055**, **21-5057**, **21-5058**, **21-5059**. Please be mindful of which cases you are selecting at the time of filing. Please use the attached caption for all future filings.

The following forms should be downloaded from the web site and filed with the Clerk's office by **February 16, 2021**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Cross-Appellant:   Appearance of Counsel
                   Civil Appeal Statement of Parties & Issues

Cross-Appellee:    Appearance of Counsel

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the cross-appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Ryan E. Orme
Case Manager
Direct Dial No. 513-564-7079

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 21-5100

UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, a Washington non-profit corporation; ERIN PATTERSON, an individual; GABRIEL BISER, an individual

    Plaintiffs Appellees Cross-Appellants [Case Nos. 21-5048, 21-5055, 21-5057, 21-5058, 21-5059, 21-5100]

v.

WAYNE NABORS, in his official capacity as County Clerk of Putnam County, TN

    Defendant Appellant Cross-Appellee [Case No. 21-5059, 21-5100]

HERBERT H. SLATERY, III, in his official capacity as Attorney General of the State of Tennessee; JENNINGS H. JONES, in his official capacity as District Attorney General for Rutherford County, TN; NEAL PINKSTON, in his official capacity as District Attorney General for Hamilton County, TN; BRYANT C. DUNAWAY, n his official capacity as District Attorney General for Putnam County, TN; KIM R. HELPER, in her official capacity as District Attorney General for Rutherford County, TN

    Defendants Appellants Cross-Appellees [Case No. 21-5048, 21-5100]

ELAINE ANDERSON, in her official capacity as County Clerk of Williamson County, TN

    Defendant Appellant Cross-Appellee [Case No. 21-5055, 21-5100]

LISA DUKE CROWELL, in her official capacity as County Clerk of Rutherford County, TN

    Defendant Appellant Cross-Appellee [Case No. 21-5057, 21-5100]

WILLIAM F. KNOWLES, in his official capacity as County Clerk of Hamilton County, TN

    Defendant Appellant Cross-Appellee [Case No. 21-5058, 21-5100]

and

BILL LEE, in his official capacity as Governor of the State of Tennessee

    Defendant Appellee [Case No. 21-5100]