# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEAST DIVISION

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, a Washington non-profit corporation; GALE PLUMM and TIMEAKA FARRIS, a married couple; ERIN PATTERSON, an individual; GABRIEL BISER, an individual; and JAMES WELCH, an individual, | Case No. 2:19-cv-00049 |
| **Plaintiffs**, | Chief Judge Waverly D. Crenshaw |
| v. | Magistrate Judge Alistair Newbern |
| WAYNE NABORS, in his official capacity as County Clerk of Putnam County, Tennessee; LISA DUKE CROWELL, in her official capacity as County Clerk of Rutherford County, Tennessee; WILLIAM K. KNOWLES, in his official capacity as County Clerk of Hamilton County, Tennessee; ELAINE ANDERSON, in her official capacity as County Clerk of Williamson County, Tennessee; HERBERT H. SLATERY III, in his official capacity as Attorney General of the State of Tennessee; JENNINGS H. JONES, in his official capacity as District Attorney General for Rutherford County; NEAL PINKSTON, in his official capacity as District Attorney General for Hamilton County; BRYANT C. DUNAWAY, in his official capacity as District Attorney General for Putnam County; KIM R. HELPER, in her official capacity as District Attorney General for Rutherford County; BILL LEE, in his official capacity as Governor of the State of Tennessee, | |
| **Defendants**. | |

## NOTICE OF WITHDRAWAL OF ROBERT E. MILLER

PLEASE TAKE NOTICE that Robert Miller of Davis Wright Tremaine LLP hereby withdraws as counsel on behalf of Plaintiffs Universal Life Church Monastery Storehouse, et al. Plaintiffs will continue to be represented by Bruce E.H. Johnson and Ambika Kumar of Davis Wright Tremaine LLP.

RESPECTFULLY SUBMITTED this 3rd day of January, 2022.

**ADAMS AND REESE LLP**

By:/s/ *Rocklan W. King III*

**Rocklan W. King III** (BPR No 030643)
424 Church Street, Suite 2700
Nashville, TN 37219
Phone: (615) 259-1450; Fax: (615) 259-1470
rocky.king@arlaw.com

**Lucian T. Pera** (BPR No. 11641)
Crescent Center
6075 Poplar Avenue, Suite 700
Memphis, TN 38119
Phone: (901) 524-5278; Fax: (901) 524-5378
lucian.pera@arlaw.com

**DAVIS WRIGHT TREMAINE LLP**

**Bruce E.H. Johnson** (*pro hac vice*)
    (WSBA No. 7667)
**Ambika Kumar** (*pro hac vice*)
    (WSBA No. 38237)
**Robert E. Miller** (*pro hac vice*)
    (WSBA No. 46507)
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Phone: (206) 622-3150; Fax: (206) 757-7700
brucejohnson@dwt.com
ambikakumar@dwt.com
robertmiller@dwt.com

*Attorneys for Plaintiffs Universal Life Church Monastery Storehouse, Gale Plumm, Timeaka Farris, Erin Patterson, and Gabriel Biser*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 3, 2022, a true and correct copy of the foregoing document was electronically filed utilizing the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated below and on the electronic filing receipt.

Lisa M. Carson
Buerger Moseley & Carson, PLC
306 Public Square
Franklin, TN 37064
lcarson@buergerlaw.com

Nicholas C. Christiansen
Hudson Reed & McCreary, PLLC
16 Public Square North
Murfreesboro, TN 37133
nchristiansen@mborolaw.com
Leslie Ann Bridges
Sr. Deputy and Counsel to Attorney General of State of Tennessee
301 6th Ave. N.
Nashville, TN 37243
leslie.bridges@ag.tn.gov

Mary Neill Southerland
Hamilton County
204 Courthouse
625 Georgia Ave.
Chattanooga, TN 37402
neills@hamiltonn.gov
Jeffrey G. Jones
Wimberly Lawson
1420 Neal St.
Cookeville, TN 38501
jjones@winberlylawson.com
Jonathan D. Shaub
Assistant Solicitor General, Attorney General of the State of Tennessee
301 6th Ave., N.
Nashville, TN 37243
jonathan.shaub@ag.tn.gov

James Welch
jameswelch78@gmail.com
(Email only)

DATED this 3rd day of January, 2022.

                                                    *Susan Bright*
                                                    Susan Bright