UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   NO. 2:19-cv-00049 ) |
| WAYNE NABORS, et al., | ) ) |
| Defendants. | ) |

## ORDER

Pending before the Court is the Plaintiffs' Motion for Scheduling Conference (Doc. No. 267). The Defendants shall file a response within five (5) days of this Order.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE