UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, *et al.*, | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 2:19-cv-00049 |
| WAYNE NABORS, *et al.*, | ) ) ) | |
| Defendants. | ) | |

### ORDER

In accordance with the discussions at the status conference on September 26, 2022, the parties shall engage a mediator to conduct a settlement conference in an effort to resolve their differences. Said mediation will be undertaken in good faith and shall occur before the end of the year.

Within ten (10) days of this Order, the parties shall file a Joint Notice indicating the name of the mediator and the time and date for mediation. The Joint Notice shall also propose five agreeable dates (all before the end of August 2023) for the two-day bench trial, should mediation prove unsuccessful.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE