UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) NO. 2:19-cv-00049 ) |
| WAYNE NABORS, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

A bench trial was held on August 15, 2023. During proceedings the parties announced that they had come to an agreement on all issues in this case. The Clerk is directed to close this case. All pending motions shall be **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE